

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois   60604

Thomas G. Bruton, Clerk                                              Office of the Clerk

Re:   Rude Music, Inc. v. Huckabee for President, Inc.
USDC No. 15 cv 10396

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received.   Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date.

Sincerely yours,
Thomas G. Bruton Clerk

By:   Melissa Astell
Deputy Clerk