UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Rude Music, Inc.
                      Plaintiff,

v.                                               Case No.: 1:15−cv−10396
                                                      Honorable Matthew F. Kennelly

Huckabee for President, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 25, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing held with attorneys for both sides. Telephone status hearing, to be initiated by the parties, is set for 5/9/2016 at 8:45 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.