# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RUDE MUSIC, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 15 CV 10396 ) ) Judge Matthew F. Kennelly |
| HUCKABEE FOR PRESIDENT, INC. | ) Magistrate Judge Daniel G. Martin ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Rude Music, Inc. and defendant Huckabee for President, Inc. hereby stipulate to the dismissal of this action without prejudice, provided however, that if neither party files a motion to reinstate the action on or before July 15, 2016, the dismissal shall be with prejudice. Each party shall bear its own costs and fees.

/s/ Annette M. McGarry
Annette M. McGarry (#6205751)
   amm@mcgarryllc.com
Marianne C. Holzhall (#6204057)
   mch@mcgarryllc.com
McGarry & McGarry, LLC
120 North LaSalle Street, Suite 1100
Chicago, Illinois 60602
(312) 345-4600

Attorneys for Rude Music, Inc.

/s/ David L. Applegate
David L. Applegate (#3122573)
   dla@willmont.com
Williams, Montgomery & John
233 South Wacker Drive, Suite 6100
Chicago, Illinois 60606
(312) 855-4851

Mark R. Sargis (#6193673)
   (msargis@bellandesargis.com)
Bellande & Sargis Law Group, LLP
129 West Wesley Street
Wheaton, Illinois 60187
(312) 853-8713

Attorneys for Huckabee for President, Inc.